728

Thomas SWEET, Appellee, v. READING COMPANY, Appellant.

No. 7914.

Circuit Court of Appeals, Third Circuit.

Argued April 21, 1942.

Decided April 28, 1942.

George Gildea, of Trenton, N. J. (Katzenbach, Gildea & Rudner, of Trenton, N. J., on the brief), for appellant.

William Paul Allen, of New York City (John J. Corcoran, Jr., of Jersey City, N. J., and Edward H. Wilson, of New York City, on the brief), for appellee.

Before BIGGS, JONES, and GOODRICH, Circuit Judges.

PER CURIAM.

Upon consideration of the briefs, appendices and argument, no reversible error appearing, the judgment of the court below will be affirmed.